```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
             CASE NO. 06-14038-CR-MARTINEZ/LYNCH(s)(s)
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LESLIE M. JORDAN,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 20, 2006. A Report and Recommendation was filed on November 8, 2006, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count Two of the Second Superseding Indictment which charges the Defendant with Making a false statement on a firearms application in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2). The United States agrees to seek dismissal of Count One of the Second Superseding Indictment after sentencing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of November, 2006.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

```
Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S.Probation
```